# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15 cr 101-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| BRIAN BOWMAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** came before the undersigned pursuant to Defendant's Motion to Suppress (#13). At the end of the hearing of the evidence in regard to the motion which took place on February 25 and 26, 2016, counsel for Defendant requested permission of the Court to supplement the brief of Defendant in this matter. The Government did not have objection and therefore the oral motion to be allowed to supplement the brief of Defendant will be allowed. Defendant's counsel will be allowed up to March 11, 2016 to supplement Defendant's brief. The Government will be allowed up to and including March 18, 2016 to respond to the supplemental brief.

**ORDERED**

**IT IS, THEREFORE ORDERED** that the oral motion to be allowed to

1

supplement the brief of Defendant will be allowed.  Defendant's counsel will be allowed up to **March 11, 2016** to supplement Defendant's brief.  The Government will be allowed up to and including **March 18, 2016** to respond to the supplemental brief of Defendant.

Signed: February 29, 2016

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge