# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:15-cr-00101-MR-DLH-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BRIAN BOWMAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment and Release Defendant [Doc. 83].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 83] is **GRANTED**, and the Bill of Indictment in this case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant shall be immediately released from the custody of the United States Marshals.

**IT IS SO ORDERED**.

Signed: March 21, 2018

Martin Reidinger
United States District Judge